**JESSE S. KAPLAN   CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**LANORAH W. for L.W.**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

-o0O0o-

| | |
|---|---|
| LANORAH W. o/b/o L.W., | No.   2:17-CV-02678-AC |
| **Plaintiff,** | |
| | **STIPULATION AND [proposed] ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| NANCY BERRYHILL, Acting Commissioner of Social Security, | |
| **Defendant.** | |
| _____/ | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to July 3, 2018.

This is a first extension, requesting a date more than 45 but less than 60 days from the filing of the administrative record.

[Pleading Title] - 1

Dated: July 3, 2018                               /s/   *Jesse S. Kaplan*
                                                  JESSE S. KAPLAN
                                                  Attorney for Plaintiff


                                                  McGREGOR W. SCOTT
                                                  United States Attorney
                                                  DEBORAH LEE STACHEL
                                                  Regional Counsel, Region IX
                                                  Social Security Administration

Dated: July 3, 2018                                 */s/ per e-mail authorization*

                                                  ANNABELLE YANG o/b/o
                                                  BEATRICE NA
                                                  Special Assistant U.S. Attorney
                                                  Attorney for Defendant

## **ORDER**

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a motion for summary judgment brief is extended to July 3, 2018.

SO ORDERED.


Dated: July 9, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE