MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
BEATRICE NA, CSBN 303390
Special Assistant United States Attorney
    Social Security Administration
    Office of the General Counsel
    160 Spear St Ste 800
    San Francisco, CA 94105
    Telephone: (415) 977-8967
    Facsimile: (415) 744-0134
    E-mail: beatrice.na@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| LANIYAH WOODRUFF,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:17-cv-02678-AC<br><br>JOINT STIPULATION AND ~~PROPOSED~~ ORDER FOR AN EXTENSION OF TIME |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant's time for responding to Plaintiff's Motion for Summary Judgment be extended from August 2, 2018 to September 6, 2018. This is Defendant's first request for an extension of time to respond to Plaintiff's Motion for Summary Judgment.

Defendant requests this extension due to her counsel's heavy workload for the months of July and August 2018. Defendant's counsel is currently responsible for an appellate brief in the United States Court of Appeals for the Ninth Circuit and over fifty cases in a variety of stages, seven of which require imminent briefing, in the United States District Court for the Districts of

Joint Stip. & Prop. Order for Ext.; 2:17-cv-02678-AC      1

Eastern, Northern and Southern California and District of Nevada. In addition, Defendant's counsel will be attending an all-day training on August 2, 2018. Defendant's counsel respectfully requests this additional time to expend the necessary time to review the record and to evaluate the issues Plaintiff raised, and to submit Defendant's response for review by this Court.

The parties further stipulate that all subsequent deadlines set forth in the Court's Scheduling Order shall be extended accordingly.

The parties stipulate in good faith, with no intent to prolong proceedings unduly.

Respectfully submitted,

Dated: July 31, 2018  */s/ Beatrice Na for Jesse Kaplan *  
(* As authorized via email on July 31, 2018)  
JESSE KAPLAN

Attorney for Plaintiff

Dated: July 31, 2018  MCGREGOR W. SCOTT  
United States Attorney

By:  */s/ Beatrice Na*  
BEATRICE NA  
Special Assistant United States Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

Dated: August 1, 2018

_____  
ALLISON CLAIRE  
UNITED STATES MAGISTRATE JUDGE