MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
BEATRICE NA, CSBN 303390
Special Assistant United States Attorney
    Social Security Administration
    Office of the General Counsel
    160 Spear St Ste 800
    San Francisco, CA 94105
    Telephone: (415) 977-8967
    Facsimile: (415) 744-0134
    E-mail: beatrice.na@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| LANIYAH WOODRUFF,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:17-cv-02678-AC<br><br>JOINT STIPULATION AND ~~PROPOSED~~ ORDER FOR AN EXTENSION OF TIME |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant's time for responding to Plaintiff's Motion for Summary Judgment be extended from September 6, 2018 to October 9, 2018. This is Defendant's second request for an extension of time to respond to Plaintiff's Motion for Summary Judgment. Defendant's counsel respectfully requests this extension to confer with client to obtain information relevant to Defendant's response to the issues Plaintiff raised.

The parties further stipulate that all subsequent deadlines set forth in the Court's Scheduling Order shall be extended accordingly.

The parties stipulate in good faith, with no intent to prolong proceedings unduly.

Respectfully submitted,

Dated: September 5, 2018    */s/ Beatrice Na for Jesse Kaplan* *
(* As authorized via email on September 5, 2018)
JESSE KAPLAN

Attorney for Plaintiff

Dated: September 5, 2018    MCGREGOR W. SCOTT
United States Attorney

By:    */s/ Beatrice Na*
BEATRICE NA
Special Assistant United States Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

Dated: September 6, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE