MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
BEATRICE NA, CSBN 303390
Special Assistant United States Attorney
    Social Security Administration
    Office of the General Counsel
    160 Spear St Ste 800
    San Francisco, CA 94105
    Telephone: (415) 977-8967
    Facsimile: (415) 744-0134
    E-mail: beatrice.na@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LANIYAH WOODRUFF,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:17-cv-02678-AC<br><br>JOINT STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g); [~~PROPOSED~~] ORDER OF REMAND, AND ENTRY OF JUDGMENT |

    The parties hereby stipulate, through their respective counsel of record, that this action be remanded for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. section 405(g), sentence four.

    On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new hearing and decision. Additionally, the Appeals Council will instruct the ALJ to further develop the record with evidence from a pediatric medical expert, consistent with Acquiescence Ruling 04-1(9).

///

1

Joint Stip. & Prop. Order for Remand                          17-cv-2678-AC

The parties request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: October 6, 2018 /s/ Beatrice Na for Jesse Kaplan *
(*Authorized via email on October 6, 2018)
JESSE KAPLAN

Attorney for Plaintiff

Dated: October 5, 2018 MCGREGOR W. SCOTT
United States Attorney

By: /s/ Beatrice Na
Beatrice Na
Special Assistant United States Attorney

Attorneys for Defendant

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October 9, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2

Joint Stip. & Prop. Order for Remand    17-cv-2678-AC